# United States District Court
## Western District of North Carolina
### Asheville Division

**TRON TYRONE DIXON REID,**  )    JUDGMENT IN CASE
            )
    Petitioner,    )    1:12-cv-00188-MR
            )    1:08-cr-00128-MR-DLH
     vs.      )
            )
**UNITED STATES OF AMERICA,**  )
            )
    Respondent.   )

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 30, 2015 Memorandum of Decision and Order.

April 30, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court